UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

    -v-

Clyde Hall
Anne Hall

                Defendants.

Case No. 07-CR-406 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

        The above-entitled action having been assigned to the undersigned for all

purposes,

        IT IS HEREBY ORDERED that all parties appear with counsel for a conference

on **June 21, 2007 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New

York, New York, Courtroom 21D.

SO ORDERED.

Dated:      June _8_, 2007
            New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE