

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 3, 2007

**By Hand**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 920
New York, New York 10007

      Re:  <u>United States</u> v. <u>Clyde W. Hall and Anne Hall</u>
           07 Cr. 406 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to confirm that the pre-trial conference scheduled for July 2, 2007 at 10:00 a.m., has been adjourned until July 10, 2007 at 12:15 p.m. In addition, the Government respectfully requests that the time between July 2, 2007 and the next pre-trial conference on July 10, 2007 be excluded under the Speedy Trial Clock, based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A), to allow the parties to continue to discuss a pre-trial disposition of this case, as well as to allow the defendants to review discovery.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Thomas G. A. Brown
Assistant United States Attorney
(212) 637-2194

*[Handwritten endorsement:]* Granted. Time is excluded in the interests of justice, for the reasons stated in this letter, until July 10, 2007. See 18 USC § 3161(h)(8)(A). SO ORDERED. KENNETH M. KARAS U.S.D.J. 7/3/07

cc:  Martin Geduldig, Esq. (counsel for Clyde Hall) (via fax)
     Lee Ginsberg, Esq. (counsel for Anne Hall) (via fax)