# MARTIN GEDULDIG

ATTORNEY·AT·LAW

400 SOUTH OYSTER BAY ROAD
SUITE 304
HICKSVILLE, NEW YORK 11801

(516) 933-8474
(718) 343-8989
FAX (516) 937-1456
EMAIL geduldig@optonline.net

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

August 23, 2007

Honorable Kenneth M. Karas
United States District Judge
Southern District, New York
500 Pearl Street
New York, New York 10007

Re: U.S. Peter Hall
Docket # 07 CR 406 (KMK)

Dear Judge Karas:

I called chambers and received permission to FAX my request for an extension of time to file my motions. The parties appeared in court on July 10, 2007 and at that time a motion schedule was arranged. The defendant was to file his motions by August 24, 2007, the prosecutor was to reply by September 7, 2007, the defendant could respond by September 14, 2007 and the motions would be decided by October 5, 2007.

This letter request represents my first application for an extension of time to file motions. I spoke with AUSA Thomas Brown and he stated to me he takes no position on my request.

I am asking that my time to submit motions be extended to September 17, 2007, the Govenment reply would be October 1, 2007, the defendant's response could be on October 8, 2007 and the court's decision on October 29, 2007.

My vacation schedule and a somewhat extended illnes took more time than I thought it would. I apologize for any inconvenience and thank the court for its consideration.

Yours truly,

MARTIN GEDULDIG

MG/jr

cc: AUSA Thomas Brown

*The new schedule is approved. Time is excluded until September 17, 2007 to permit counsel time to file his motion.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/27/07