UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9\24\07

**United States of America**

-V-

**Clyde Hall**

**Defendant.**

Case 07 cr 406 (RJS)

ORDER SUBSTITUTING COUNSEL

RICHARD J. SULLIVAN, District Judge:

      The Court hereby ORDERS that James Cohen, Esq. be appointed as CJA counsel for the defendant, substituting for prior CJA counsel who has been relieved by this Court.

SO ORDERED.

Dated:    September 21 2007
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE