# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca

**MEMO ENDORSED**

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.

January 28, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/08

By Facsimile Transmission
Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 615
New York, NY 10007
Facsimile No. 212-805-7946

    Re:    *United States v. Hall*, Case No. 07 CR 406 (RJS)
            **Request Extension of Time for Pretrial Motions**

Dear Judge Sullivan:

    I write on behalf of James A. Cohen, Esq., attorney for defendant Peter Hall in the above-captioned action, to request a one-week extension of time to file pre-trial motions on behalf of Mr. Hall. Unfortunately, Mr. Cohen's mother-in-law, who had been living with him, passed away late Saturday afternoon. Because Mr. Cohen will be out of the office until at least Thursday (and maybe out of the office for the entire week), he respectfully requests this one-week extension for pretrial motions. A one-week extension means Mr. Hall's pretrial motion would be due on February 4th, the Government's response would be due on February 18th, and Mr. Hall's reply, if any, would be due on February 25th (a one-week advancement of the current schedule set by this Court on December 11, 2007). The Government consents to this request.

    Pursuant to this Court's order of December 11, 2007, time is currently excluded pursuant to the Speedy Trial Act until February 18, 2008. Mr. Hall does not object to this Court's extending the exclusion of time to February 25, 2008, given this extension request.

Thank you very much for your consideration with this matter.

Respectfully,

*[signature]*

Michael W. Martin, Esq.

cc:  AUSA Thomas Brown
By Facsimile (212-637-0083)

> Request granted. The briefing schedule will be amended as proposed above. Time will be excluded until February 25, 2008 pursuant to 18 USC 3161(h)(8)(A) in the interest of Justice.
>
> SO ORDERED
> Dated: 1/28/08
> RICHARD J. SULLIVAN
> U.S.D.J.