# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.

March 10, 2008

By Facsimile Transmission
Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 615
New York, NY 10007
Facsimile No. 212-805-7946

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/08

Re: *United States v. Hall*, Case No. 07 CR 406 (RJS)
Request Extension of Time for Hall Reply

Dear Judge Sullivan:

Peter Hall's Reply to the Government's Opposition is scheduled to be filed today. However, we require additional time to respond to the Government's 46-page brief. Unfortunately, we did not receive the Government's Opposition until the afternoon of Tuesday, March 4th--one day later then scheduled. For these reasons, we respectfully request a one-day extension to file our Reply. The Government consents to this request. Thank you very much for your consideration with this matter.

*[Handwritten: Defendant Peter Hall's request for a one-day extension in which to submit a reply brief, is GRANTED.]*

Respectfully,

*[signature]*

James A. Cohen
Attorney for Clyde Hall

LINCOLN SQUARE LEGAL SERVICES, INC.
33 West 60th Street, 3rd Floor
New York, New York 10023
(212) 636-6934

**SO ORDERED**
Dated: 3/10/08
*[signature]* RICHARD J. SULLIVAN
U.S.D.J.

cc: AUSA Thomas Brown
By Facsimile (212-637-0083)

Fordham University School of Law ~ 33 West 60th Street, Third Floor ~ New York, NY 10023
Phone: (212) 636-6934  Fax: (212) 636-6923