UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA                                 :

      v.                                                    :    07 Cr 406 (RJS)

CLYDE W. HALL                                            :
    a/k/a "Peter Hall," and
ANNE HALL,                                               :    **AFFIDAVIT OF**
    a/k/a "Anne Torselius,"                                       **ANNE HALL**
    a/k/a "Anne Torselius Hall"                         :

           Defendants                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANNE HALL, the undersigned affiant, hereby swears under oath that the foregoing is true and correct:

    1.    I am Anne Hall, a defendant in the above-captioned matter. I am married to Peter Hall, a defendant in the above-captioned matter. On January 9, 20007, I resided at 270 Riverside Drive #9A, New York, NY 10025. I submit this affidavit in support of a joint motion to suppress items taken during the search of our apartment on January 9, 2007. The following facts are based on my personal knowledge.

    2.    Between 6:30 a.m. and 7 a.m. on January 9, 2007, I heard a people banging on our front door. I thought they said they were the police, so I woke up my husband. We both went to the front door in nightclothes. I was near my husband at the front door when he asked who was at the door. They said that they were the FBI and asked if Peter was "Clyde Hall."

    3.    Peter asked through the door if the agents had an arrest warrant, and they responded "yes." He also asked if they had a search warrant, and they replied "yes."

4. Before Peter opened the door, I started back to our bedroom to put on a robe. I came back to the living room—where some agents were located—to hold our dog, a Havanese. The agents showed me their badges and informed me that they were there to arrest me, as well. I called Peter's daughter, Lauren Hall, to come watch my youngest son. I saw several agents follow Peter into his office so he could change his clothes. I was not allowed to speak with Peter, and two agents escorted him out of the apartment.

5. Between 7 a.m. and 7:30 a.m., I woke my two older children and got them ready for school. Two agents followed me as I moved around the apartment. Sometime between 8:00 a.m. and 9 a.m., Lauren arrived. We decided that she would take my middle son to school. After she left to take my son to school, I went to my bedroom to get dressed and get my youngest son ready. Two agents followed me into my bedroom. They did not allow me to touch anything in the bedroom, but they handed me clothes out of my dresser so I could get dressed.

6. From the time the agents arrived until I was taken away there were agents in the office. I did not go into the office, and one of the agents blocked my view into the office. The office was the site of much activity, and I saw the agents carry a stack of flat unassembled boxes towards the office. At one point, I heard someone say that they needed more boxes. I also saw agents carrying full boxes out from the office towards the front door. I felt like the agents were taking over the house. They were opening closet doors in other rooms of the apartment. Three to four agents were still in Peter's office when I was escorted out of the apartment between 10:30 a.m. and 11 a.m.

7. There is a printer in our living room. While I was in the living room, one of the agents walked into the room and noticed the printer. He said, to no one in particular, that they

were unable to make the printer in the office work, and he wondered if they could use the printer from the living room.

Dated: February 4, 2008
      New York, New York

Respectfully Submitted:

*Anne Torseling Hall*
ANNE HALL

Subscribed and sworn to me this
___ day of Feb, 2008

*[signature]*
Notary Public
(Affix seal or stamp)

DONNA WELENSKY
Notary Public, State of New York
No. 01WE4608744
Qualified in New York County
Commission Expires Sept. 30, 2009