UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 07 Cr 406 (RJS) |
| CLYDE W. HALL<br>    a/k/a "Peter Hall," and<br>ANNE HALL,<br>    a/k/a "Anne Torselius,"<br>    a/k/a "Anne Torselius Hall" | :<br><br>:<br><br>:<br>: | **AFFIDAVIT OF<br>CLYDE W. HALL** |
| Defendants | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLYDE W. HALL, the undersigned affiant, hereby swears under oath that the foregoing is true and correct:

    1.    I am Clyde W. Hall—known as Peter, a defendant in the above-captioned matter. On January 9, 2007, I resided at 270 Riverside Drive #9A, New York, NY 10025. I submit this affidavit in support of a joint motion to suppress items taken during the search of my apartment on January 9, 2007. The following facts are based on my personal knowledge.

    2.    Between 6:30 a.m. and 7 a.m. on January 9, 2007, my wife, Anne Hall, heard a loud banging on our front door. She woke me up, and we both went to the door in our robes and night clothes. I asked who was at the door and heard the reply, "It's the FBI!"

    3.    I asked through the door: (1) whether the agents had an arrest warrant and (2) whether the agents had a search warrant. An agent replied "yes" to both questions.

    4.    Because the agents answered affirmatively when I asked if they had a search warrant, I opened the door. If I had not have been told that the agents had a search warrant, I would never have given them access to the apartment, and I would have surrendered myself in the hallway. I was never shown the arrest warrant or the search warrant.

1

5.      After I opened the door, approximately eight agents from the FBI, IRS and Postmaster General's office entered the premises. They flashed their badges and escorted me into our living room. They told me that they had arrest warrants for myself and Anne. The agents also asked me if we had any firearms. I replied that we did not. I told them that Anne and I needed to make arrangements to have someone watch our 2-year-old child before both of us could leave. One of the agents insisted that they needed to "get me dressed" and "get me downtown."

6.      I entered the hallway to walk back to the office where I kept my clothes. About six agents followed me into the hallway. As we proceeded down the hallway, the agents opened the hallways closets and began to search through them. When we passed by my bedroom, two agents went in to search the bedroom. I saw the agents open our dresser drawers and search inside the dresser and closets. Other agents followed me into my office. Two agents watched me as I dressed. I saw another agent sit at the desk in my office and look at files on my computer. Another agent opened my file cabinet and examined the files. Before we left the office, I saw another agent bring in some empty boxes., The agents never asked for my permission to search nor did I give any.

7.      A female and male agent took me out of the apartment and drove me downtown. My wife remained in the apartment with the agents to take care of our 2-year-old child until my daughter could come to the apartment to care for our child.

8.      Between 1 p.m. and 2 p.m., my attorney Mr. Ginsberg met me downtown. He told me that he had seen AUSA Brown at around 1:00 p.m. and that Brown indicated that Brown had a copy of the Search Warrant, which had just been issued around 1:00 p.m.

9.    My wife was held in a proximate cell until we both had our bail hearings before Judge Katz around 3:00 p.m. After the bail hearing, my wife and I returned to our apartment around 5:30 – 6:00 p.m. The agents were not in the apartment when we returned.

10.    Kim Williamson, is the trustee of Gramercy International Investment Trust. I have signed power of attorney to act in her stead. Alex Hall, is the managing member of American Swiss Trust LLC. I have signed power of attorney to act in his stead.

11.    The documents referenced in the attached privilege logs are correspondence between me and my legal counsel that I believed to be confidential and involved my seeking advice or preparing for potential future legal issues that might arise through the transactions that I made or would have made.

Dated: February 4, 2008
       New York, New York

Respectfully Submitted:

_____
CLYDE HALL

Subscribed and sworn to me this
___ day of _____ 2008

_____
Notary Public
(Affix seal or stamp)

DONNA WELENSKY
Notary Public, State of New York
No. 01WE4608744
Qualified in New York County
Commission Expires Sept. 30, 20___