UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

        Plaintiff,

-v-

CLYDE HALL AND ANNE HALL,

        Defendants.

No. 07 Cr. 406 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court shall hold oral argument on the outstanding motions in this case on Friday, May 2, 2008 at 11:00 a.m. At oral argument, the parties should be prepared to address, *inter alia*, the necessity of an evidentiary hearing to address any disputed issues of fact relating to the suppression motions.

SO ORDERED.

Dated:    March 31, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE