# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.



MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

March 31, 2008

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

**Re: United States v. Hall; Case No. 07 CR 406 (RJS); Request Permission to Visit Son Alex**

Dear Judge Sullivan:

Clyde Hall wishes to visit his son Alex at the Clinton Correctional Facility during the final weekend in April (between April 25 and 27). The Government has consented to this request. The prison is in Dannemora, New York (Clinton County), in the Northern District of New York. Because Mr. Hall is restricted to the Southern and Eastern districts of New York, we respectfully request permission for Mr. Hall to travel to Dannemora at the end of April. Thank you very much for your consideration with this matter.

Respectfully,

James A. Cohen, Esq.
Attorney for Clyde Hall

SO ORDERED
Dated: 4/2/08
RICHARD J. SULLIVAN
U.S.D.J.

CC:   AUSA Thomas Brown
      Pre-Trial Services Officer Edward Santos

Fordham University School of Law~33 West 60th Street, Third Floor~New York, NY 10023
Phone: (212) 636-6934   Fax: (212) 636-6923