# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.



May 1, 2008

**By Fax**
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007
Fax: 212-805-7946



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

Re: **United States v. Hall; Case No. 07 CR 406 (RJS); Request Permission to Travel to Fort Lee, New Jersey**

Dear Judge Sullivan:

Clyde Hall wishes to travel, with his wife, to Fort Lee, New Jersey this Sunday to visit his sister. The Government has consented to this request. Mr. Hall's sister's address and telephone number in Fort Lee are a matter of record with the APA and pre-trial officers. Because Mr. Hall is restricted to the Southern and Eastern districts of New York, we respectfully request permission for Mr. Hall to travel to Fort Lee, New Jersey, this Sunday from 1:00 p.m. to 6:00 p.m. Unfortunately, because Mr. Hall just received this invitation this morning, we could not mail this request as usually required. We apologize for faxing this letter, but the request would have been mooted by fist class mail. Thank you very much for your consideration with this matter.

Respectfully,

M. Martin /cb

Michael W. Martin, Esq.
Attorney for Clyde Hall

CC: AUSA Thomas Brown
Pre-Trial Services Officer Edward Santos

SO ORDERED
Dated: 5/2/08
RICHARD J. SULLIVAN
U.S.D.J.

Fordham University School of Law—33 West 60th Street, Third Floor—New York, NY 10023
Phone: (212) 636-6934 Fax: (212) 636-6923