# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca


MEMO ENDORSED

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.

May 1, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/08
```

By Fax
Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 615
New York, NY 10007
Fax No. (212) 805-7946

Re: *United States v. Hall*, Case No. 07 CR 406 (RJS)
Request to Reschedule Oral Argument

Dear Judge Sullivan:

    I write on behalf of James A. Cohen, Esq., attorney for defendant Peter Hall in the above-captioned action, to request that the oral argument scheduled for tomorrow be rescheduled for a later date. Unfortunately, Mr. Cohen has fallen very ill. The Government and counsel for co-defendant consent to this request.

    We have spoken with your deputy, who indicated that May 12 at 9:30 may be a suitable time. Mr. Cohen, AUSA Brown, and Mr. Ginsberg are all available on May 12 at 9:30. If this time is not suitable, Mr. Cohen and Mr. Brown are available on May 12-14, 19, and 29-30, although Mr. Brown prefers May 12-14 or 19.

    On behalf of counsel for co-defendant and our client, we request exclusion of time under the Speedy Trial Act between the current argument date and May 12, 2008, or to the date thereafter on which Your Honor resets the argument.

Thank you for your consideration in this matter.

Respectfully,

*Michael W. Martin* /AHS.

Michael W. Martin, Esq.

cc:   AUSA Thomas Brown
      By Fax ((212) 637-0083)

      Lee Ginsberg, Esq.
      By Fax ((212) 962-9696)

SO ORDERED
Dated: 5/1/08

RICHARD J. SULLIVAN
U.S.D.J.