UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES OF AMERICA,

-v-

CLYDE HALL AND
ANN HALL

Defendants.

Case No. 07 CR 406 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that all parties appear with counsel for a hearing on defendant Clyde Hall's suppression motion on **June 13, 2008 at 10:30am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21C.

The Court will exclude time under the Speedy Trial Act from today, May 28, 2008 to June 13, 2008 pursuant to 18 USC 3161(h)(8)(A) in the interests of justice and due to the unavailability of Defense counsel.

SO ORDERED.

Dated:   May 30, 2008
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE