# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elisabeth A. Maresca



**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lee Kenneth Slater, C.S.W., Ph.D.

August 15, 2008

**BY UPS OVERNIGHT**

Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Rm 615
New York, NY 10007



Re: *United States* v. *Hall*, ase No. 07 CR 406 (RJS)
Request Extension of Time

Dear Judge Sullivan:

I write to request an additional week within which to submit a memorandum regarding the Hall suppression hearing. As you may remember, my oldest child has continuing serious medical issues and he is back in the hospital.

I have spoken to Mr. Brown, the attorney for the government, and Mr. Ginsburg, attorney for Ms. Hall and they both consent to this request. Should you Honor grant this request, I also request that the government be permitted the same extension.

Thank you in advance for your consideration.

Request granted. The parties' submissions shall be filed no later than August 22, 2008.

SO ORDERED
Dated: 8/15/08
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully,

James A. Cohen
Attorney for Clyde Hall

Cc AUSA Thomas Brown
Cc Lee Ginsburg, Esq.