```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

 against

CLYDE HALL AND ANNE HALL,

      Defendants.

No. 07 Cr. 406 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

 The Court shall hold oral argument on the pending motions in this case on _September 19, 2008_ at _3pm_ in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:  New York, New York
    September 4, 2008

              _____
              RICHARD J. SULLIVAN
              UNITED STATES DISTRICT JUDGE